AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Northern District of California

| TWITTER, INC. | ) |
|---|---|
| *Plaintiff* | ) |
| v. | ) Civil Action No. |
| | ) |
| SKOOTLE CORP., ET AL. | ) |
| *Defendant* | ) |

CV 12 1721

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*
    Justin M. Clark
    d/b/a TweetBuddy.com
    4934 Oaklefe Ct.
    Rockledge, FL 32955

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it)—or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3)—you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

David H. Kramer
Charles T. Graves
WILSON SONSINI GOODRICH
 & ROSATI
650 Page Mill Road
Palo Alto, CA 94304

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

RICHARD W. WIEKING
*CLERK OF COURT*

Date: APR  5 2012

*Signature of Clerk or Deputy Clerk*

MARY ANN BUCKLEY

Americas LegalNet, Inc.

AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Northern District of California

TWITTER, INC.
_____
*Plaintiff*

v.

SKOOTLE CORP., ET AL.
_____
*Defendant*

CV 12 1721

Civil Action No.

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*
    Garland E. Harris
    1011 Adams St.
    W. Palm Beach, FL 33407

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it)—or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3)—you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiffs attorney, whose name and address are:

David H. Kramer
Charles T. Graves
WILSON SONSINI GOODRICH
 & ROSATI
650 Page Mill Road
Palo Alto, CA 94304

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

RICHARD W. WIEKING
*CLERK OF COURT*

Date: ___AFR  ↳ 2012___

_____
*Signature of Clerk or Deputy Clerk*

MARJ-ANN BUCKLEY


American LegalNet, Inc.
www.FormsWorkFlow.com

AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Northern District of California

| | | |
|---|---|---|
| TWITTER, INC. | ) | C V 12 1721 |
| *Plaintiff* | ) | |
| v. | ) | Civil Action No. |
| | ) | |
| SKOOTLE CORP., ET AL. | ) | |
| *Defendant* | ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*
    JL4 Web Solutions
    37 Tarhata St., Urduja Village
    Novaliches, Caloocan City
    Philippines

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it)—or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3)—you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

> David H. Kramer
> Charles T. Graves
> WILSON SONSINI GOODRICH
>  & ROSATI
> 650 Page Mill Road
> Palo Alto, CA 94304

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**RICHARD W. WIEKING**
*CLERK OF COURT*

Date: _____ AFR  ᴐ .012 _____          _____
                                        *Signature of Clerk or Deputy Clerk*

MARY ANN BUCKLEY

American LegalNet, Inc.
www.FormsWorkFlow.com

AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Northern District of California

| | | |
|---|---|---|
| TWITTER, INC. | ) | C V 1 2 1 7 2 1 |
| *Plaintiff* | ) | |
| v. | ) | Civil Action No. |
| | ) | |
| SKOOTLE CORP., ET AL. | ) | |
| *Defendant* | ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*
James Kester
8731 Laumic Dr.
North Chesterfield, VA 23235-4654

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it)—or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3)—you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

> David H. Kramer
> Charles T. Graves
> WILSON SONSINI GOODRICH
> & ROSATI
> 650 Page Mill Road
> Palo Alto, CA 94304

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

RICHARD W. WIEKING

*CLERK OF COURT*

Date: APR - 5 2012

_____
*Signature of Clerk or Deputy Clerk*

MARY ANN BUCKLEY

American LegalNet, Inc.

AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Northern District of California

TWITTER, INC.

*Plaintiff*

v.

SKOOTLE CORP., ET AL.

*Defendant*

)
)
)
)
)
)
)

C V 1 2 1 7 2 1

Civil Action No.

### SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*
James R. Lucero
12685 Bellaire St.
Thornton, CO 80241

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it)—or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3)—you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

David H. Kramer
Charles T. Graves
WILSON SONSINI GOODRICH
& ROSATI
650 Page Mill Road
Palo Alto, CA 94304

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

RICHARD W. WIEKING

*CLERK OF COURT*

Date: APR 5 2012

_____
*Signature of Clerk or Deputy Clerk*

MARY ANN BUCKLEY

American LegalNet, Inc.
www.FormsWorkFlow.com

AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Northern District of California

TWITTER, INC.

_Plaintiff_

v.                                    Civil Action No.

SKOOTLE CORP., ET AL.

_Defendant_

## SUMMONS IN A CIVIL ACTION

To: _(Defendant's name and address)_
    Skootle Corp.
    Registered Agent:  Brian Quist
    2121 First Tennessee Plaza
    Knoxville, TN 37929

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it)—or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3)—you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

    David H. Kramer
    Charles T. Graves
    WILSON SONSINI GOODRICH
     & ROSATI
    650 Page Mill Road
    Palo Alto, CA 94304

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**RICHARD W. WIEKING**

_CLERK OF COURT_

Date: _____APR  5 2012_____

               _Signature of Clerk or Deputy Clerk_

               MARY ANN BUCKLEY

CV 12 1721

American LegalNet, Inc.
www.FormsWorkFlow.com

AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Northern District of California

**CV 12 1721**

TWITTER, INC.
_____
        *Plaintiff*

        v.

SKOOTLE CORP., ET AL.
_____
        *Defendant*

)
)
)
)
)
)

Civil Action No.

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*
      Jayson A. Yanuaria
      The Redwoods Condominium
      Cnr Regalado Ave. and Quirino Hwy.
      Fairview, Quezon City
      Philippines

      A lawsuit has been filed against you.

      Within 21 days after service of this summons on you (not counting the day you received it)—or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3)—you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiffs attorney, whose name and address are:

                      David H. Kramer
                      Charles T. Graves
                      WILSON SONSINI GOODRICH
                       & ROSATI
                      650 Page Mill Road
                      Palo Alto, CA 94304

      If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

                                     RICHARD W. WIEKING
                                    *CLERK OF COURT*

Date:      APR _ _ 2012                                      
                                          *Signature of Clerk or Deputy Clerk*

                                       MARY ANN BUCKLEY


American LegalNet, Inc.
www.FormsWorkFlow.com