DAVID H. KRAMER, SBN 168452
CHARLES T. GRAVES, SBN 197923
RIANA S. PFEFFERKORN, SBN 266817
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
650 Page Mill Road
Palo Alto, CA 94304-1050
Telephone:  (650) 493-9300
Facsimile:  (650) 565-5100
Email: dkramer@wsgr.com

Attorneys for Plaintiff
TWITTER, INC.

DOUGLAS W. COLT, SBN 210915
THOMAS E. WALLERSTEIN, SBN 232086
NICOLE M. NORRIS, SBN 222785
COLT / WALLERSTEIN LLP
Shorebreeze II
255 Shoreline Drive, Suite 540
Redwood Shores, CA 94065
Telephone:  (650) 453-1980
Facsimile:  (650) 453-2411

Attorneys for Defendants
SKOOTLE CORP. and JAMES KESTER

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| TWITTER, INC., a Delaware corporation,<br><br>   Plaintiff,<br><br>   v.<br><br>SKOOTLE CORP., a Tennessee corporation; and JAMES KESTER, an individual,<br><br>   Defendants. | Case No. 3:12-cv-1721 SI<br><br>[~~PROPOSED~~] ORDER GRANTING STIPULATED MOTION FOR ADMINISTRATIVE RELIEF TO CONTINUE DEADLINES<br><br>Date:   November 8, 2012<br>Time:   3:00 p.m.<br>Place:  Courtroom 10<br>Judge:  Hon. Susan Illston |

1  The Court has reviewed the parties' stipulated Motion for an order continuing the date for
2  the Further Joint Case Management Conference.  Having considered the parties' stipulated
3  Motion, and good cause appearing, the Court hereby GRANTS the Motion.
4  IT IS HEREBY ORDERED THAT the Court adopts the following deadlines:
5  <u>Friday, November 16, 2012, at 3:00 p.m.</u>: Further Case Management Conference
6  **PURSUANT TO STIPULATION, IT IS SO ORDERED.**

9  DATED:  11/1/12

THE HONORABLE SUSAN ILLSTON
United States District Judge

- 1 -
[PROPOSED] ORDER GRANTING STIPULATED MOTION FOR
ADMINISTRATIVE RELIEF TO CONTINUE DEADLINES
CASE NO. 3:12-CV-1721 SI