DAVID H. KRAMER, SBN 168452
CHARLES T. GRAVES, SBN 197923
RIANA S. PFEFFERKORN, SBN 266817
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
650 Page Mill Road
Palo Alto, CA 94304-1050
Telephone: (650) 493-9300
Facsimile: (650) 565-5100
Email: dkramer@wsgr.com

Attorneys for Plaintiff
TWITTER, INC.

DOUGLAS W. COLT, SBN 210915
THOMAS E. WALLERSTEIN, SBN 232086
NICOLE M. NORRIS, SBN 222785
COLT / WALLERSTEIN LLP
Shorebreeze II
255 Shoreline Drive, Suite 540
Redwood Shores, CA 94065
Telephone: (650) 453-1980
Facsimile: (650) 453-2411

Attorneys for Defendants
SKOOTLE CORP. and JAMES KESTER

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| TWITTER, INC., a Delaware corporation,<br><br>  Plaintiff,<br><br>  v.<br><br>SKOOTLE CORP., a Tennessee corporation; JAMES KESTER, an individual; and TROY FALES, an individual,<br><br>  Defendants. | Case No. 3:12-cv-1721 SI<br><br>[~~PROPOSED~~] ORDER GRANTING STIPULATED MOTION FOR ADMINISTRATIVE RELIEF TO CONTINUE DEADLINES<br><br>Date:    March 1, 2013<br>Time:    3:00 p.m.<br>Place:   Courtroom 10<br>Judge:   Hon. Susan Illston |

[PROPOSED] ORDER GRANTING STIPULATED MOTION FOR
ADMINISTRATIVE RELIEF TO CONTINUE DEADLINES
CASE NO. 3:12-CV-1721 SI

1   The Court has reviewed the parties' stipulated Motion for an order continuing the dates
2   pertaining to discovery in this case.  Having considered the parties' stipulated Motion, and good
3   cause appearing, the Court hereby GRANTS the Motion.
4       IT IS HEREBY ORDERED THAT the Court adopts the following deadlines:

| Date | Deadline |
|---|---|
| Monday, April 1, 2013: | Close of non-expert fact discovery |
| Monday, April 15, 2013: | Deadline for parties to designate experts |
| Tuesday, April 30, 2013: | Deadline for parties' rebuttal to designation of experts |
| Thursday, May 9, 2013: | Close of expert discovery |
| Monday, May 13, 2013: | Dispositive motion filing deadline |
| Monday, June 3, 2013: | Opposition filings due for dispositive motions filed May 13 |
| Monday, June 10, 2013: | Reply filings due for dispositive motions filed May 13 |
| Monday, June 24, 2013: | Last court day by which Dispositive Motions are heard |

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

DATED: 2/7/13

_____
THE HONORABLE SUSAN ILLSTON
United States District Judge

- 1 -

[PROPOSED] ORDER GRANTING STIPULATED MOTION FOR
ADMINISTRATIVE RELIEF TO CONTINUE DEADLINES
CASE NO. 3:12-CV-1721 SI