UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

TWITTER, INC.,

    Plaintiff,

v.

SKOOTLE CORP., et al.,

    Defendants.

Case No. 12-cv-01721-JST

**ORDER CONTINUING CASE MANAGEMENT CONFERENCE**

Re: Dkt. No. 86

The court has reviewed the March 13, 2013 letter from attorneys Charles Graves and Nicole Norris indicating that this matter has settled, and that the parties expect to file a stipulated request for dismissal in late May.

To effectuate this settlement, the Case Management Conference currently scheduled for April 10, 2013 is CONTINUED to June 26, 2013 at 2:00 p.m. If a stipulated request for dismissal has not been filed at least five court days prior to the CMC, lead counsel and their clients are ordered to appear personally to discuss what further measures are required to bring closure to the case.

**IT IS SO ORDERED**.

Dated: April 7, 2013

_____
JON S. TIGAR
United States District Judge