DAVID H. KRAMER, SBN 168452
CHARLES T. GRAVES, SBN 197923
RIANA S. PFEFFERKORN, SBN 266817
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
650 Page Mill Road
Palo Alto, CA 94304-1050
Telephone: (650) 493-9300
Facsimile: (650) 565-5100
Email: dkramer@wsgr.com

Attorneys for Plaintiff
TWITTER, INC.

DOUG COLT, SBN 210915
THOMAS E. WALLERSTEIN, SBN 232086
NICOLE M. NORRIS, SBN 222785
COLT / WALLERSTEIN LLP
Shorebreeze II
255 Shoreline Drive, Suite 540
Redwood Shores, CA 94065
Telephone: (650) 453-1980
Facsimile: (650) 453-2411
Email: dcolt@coltwallerstein.com

Attorneys for Defendants
SKOOTLE CORP., JAMES KESTER,
and TROY FALES

**FILED**

JUN 0 6 2013

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| TWITTER, INC., a Delaware corporation,<br><br>    Plaintiff,<br><br>    v.<br><br>SKOOTLE CORP., a Tennessee corporation; JAMES KESTER, an individual; and TROY FALES, an individual,<br><br>    Defendants. | Case No. 3:12-cv-1721 JST<br><br>[~~PROPOSED~~] STIPULATED CONSENT ORDER<br><br>Judge:  Hon. Jon S. Tigar |

[~~PROPOSED~~] STIPULATED CONSENT ORDER
Case No. 3:12-cv-1721-JST

1  As a result of the parties' agreement regarding the terms of this consent judgment, ~~judgment is hereby entered in this action, and~~ it is hereby ORDERED, ADJUDGED, and DECREED that:

    a) Defendants Skootle Corporation, James Kester, and Troy Fales, their agents, employees, and other persons who are in active concert or participation with anyone described in this subsection, are permanently enjoined from directly or indirectly:

        i) Creating or soliciting the creation of Twitter accounts for purposes that violate Twitter's Terms of Service (this term, or "TOS", includes Twitter's Terms of Service, the Twitter Rules, API Terms/Developer Rules of the Road, Automation Rules and Best Practices, Following Rules and Best Practices, and other user and developer terms);

        ii) Accessing, searching, or attempting to access or search Twitter's website, computer systems, and services in order to engage in specific acts that violate Twitter's Terms of Service;

        iii) Creating, developing, manufacturing, adapting, modifying, making available, trafficking in, using, disclosing, selling, licensing, distributing (with or without monetary charge), updating, providing customer support for, or offering for use, sale, license, or distribution (with or without monetary charge), any software or technology designed for use in connection with Twitter's service, the use of which would violate Twitter's Terms of Service, including but not limited to TweetAdder version 3.0 and all prior versions of the TweetAdder software;

        iv) Transmitting, assisting with the transmission of, or procuring or inducing the transmission of unsolicited commercial messages to users on Twitter's service, including but not limited to Tweets, @replies, and direct messages, to Twitter users;

        v) Engaging in false representations or false advertising that would misleadingly suggest to a reasonable consumer that a software or other technology conforms to Twitter's Terms of Service and/or will not result in a Twitter user's account being suspended; and

- 1 -

vi) Engaging in any activity that violates, or induces others to violate, Twitter's Terms of Service and/or Privacy Policy.

Dated: June 4, 2013

WILSON SONSINI GOODRICH & ROSATI P.C.

By: /s Charles T. Graves
Charles T. Graves
tgraves@wsgr.com

Attorneys for Plaintiff
TWITTER, INC.

Dated: June 4, 2013

COLT / WALLERSTEIN LLP

By: /s Doug Colt
Doug Colt
dcolt@coltwallerstein.com

Attorneys for Defendants
SKOOTLE CORP., JAMES KESTER, and TROY FALES

IT IS SO ORDERED.

DATED: 6/6/13

Honorable Jon S. Tigar
United States District Judge

- 2 -

[PROPOSED] STIPULATED CONSENT ORDER
Case No. 3:12-cv-1721-JST