UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TWITTER, INC.,<br>            Plaintiff,<br>     v.<br>SKOOTLE CORP., et al.,<br>            Defendants. | Case No.  12-cv-01721-JST<br><br>**MINUTE ORDER**<br>Re: ECF No. 93 |

The judge previously assigned to this case issued a stipulated injunction and exercised continuing jurisdiction over the parties' agreement to settle this action against Defendant Justin Clark.  ECF No. 43.  Therefore, to promote continuity in the case, the Court has signed a stipulation similarly enjoining Defendant Skootle Corporation.  ECF No. 93.

However, the parties should be aware that, unless there is good cause for continuing federal court supervision over a case, it is not the undersigned's normal practice to exercise continuing jurisdiction over settlement agreements or to issue injunctions which have the effect of making the violation of an agreement a federal cause of action.

   **IT IS SO ORDERED**.

Dated: June 6, 2013

_____
JON S. TIGAR
United States District Judge